IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE as next friend for "FIONA," a minor, "ERIN," "VICKY," <br> JANE ROE as next friend for "SKYLAR" and "SAVANNAH," minors, <br> JOHN DOE as next friend for "SALLY" and "SIERRA," minors, and "SARAH" | Civ. No. 1:16-cv-00303-DSC <br><br> **STIPULATION OF THE PARTIES PURSUANT TO FRCP 41(a)(1)** |

                                                  Plaintiffs,

v.

KIRK NESSET,

                                                  Defendant.

1.      Identification of counsel and unrepresented parties.

      <u>Counsel for Plaintiffs Jane Doe, Erin, and Fiona:</u>

      Katie M. Shipp
      Box 4668 #65135
      New York, New York 10163-4668
      Telephone: 212-372-3030
      Fax: 833-210-3336
      Email: katieshipp@marsh.law

      James R. Marsh
      Box 4668 #65135
      New York, New York 10163-4668
      Telephone: 212-372-3030
      Fax: 833-210-3336
      Email: jamesmarsh@marsh.law

      <u>Counsel for Plaintiffs Vicky, Jane Roe, Skylar, Savannah, John Doe, Sally, Sierra, and Sarah:</u>

      Carol L. Hepburn, WSBA No. 8732
      200 First Avenue West, Suite 550
      Seattle, Washington 98119-4298
      Phone: 206-957-7272
      Fax: 206-957-7273
      Email: carol@hepburnlaw.net

Counsel for Defendant Kirk Nesset:

Michael J. Bruzzese
2315 Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania 15219
Phone: 412-281-8676
Fax: 877-433-4898
Email: mjb@mjb-law.net

Meagan F. Temple
Burns White
48 26th Street
Pittsburgh, Pennsylvania 15222
Phone: 412-995-3253
Fax: 412-995-3253
Email: mftemple@burnswhite.com

2.   Stipulation of the Parties

The parties hereby stipulate that the claims of the Plaintiffs, and each of them, for Actual Damages, Compensatory Damages, Punitive Damages, and Costs are here by withdrawn and dismissed with prejudice. The claims of Plaintiffs, and each of them, for Statutory Damages of $150,000 each, pursuant to 18 U.S.C. § 2255(a), and for reasonable attorney's fees, remain in full force notwithstanding this stipulation.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　MARSH LAW FIRM PLLC

　　　　　　　　　　　　　　　　　by   /s/Katie M. Shipp
　　　　　　　　　　　　　　　　　Katie M. Shipp
　　　　　　　　　　　　　　　　　Box 4668 #65135
　　　　　　　　　　　　　　　　　New York, New York 10163-4668
　　　　　　　　　　　　　　　　　Telephone | Fax: 212-372-3030
　　　　　　　　　　　　　　　　　Email: katieshipp@marsh.law
　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs Jane Doe, Erin, and Fiona*

　　　　　　　　　　　　　　　　　by   /s/James R. Marsh
　　　　　　　　　　　　　　　　　James R. Marsh
　　　　　　　　　　　　　　　　　Box 4668 #65135
　　　　　　　　　　　　　　　　　New York, New York 10163-4668
　　　　　　　　　　　　　　　　　Telephone | Fax: 212-372-3030
　　　　　　　　　　　　　　　　　Email: jamesmarsh@marsh.law
　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs Jane Doe, Erin, and Fiona*

CAROL L. HEPBURN, P.S.

by  /s/Carol L. Hepburn
Carol L. Hepburn, WSBA No. 8732
200 First Avenue West, Suite 550
Seattle, WA 98119-4298
Phone: 206-957-7272
Fax: 206-957-7273
Email: carol@hepburnlaw.net
*Attorney for Plaintiffs Vicky, Jane Roe, Skylar, Savannah, John Doe, Sally, Sierra, and Sarah*


*/s/ Michael J. Bruzzese*
Michael J. Bruzzese
Pa. ID No. 63306
2315 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone: 412-281-8676

*/s/ Meagan F. Temple*
Meagan F. Temple
Pa. ID No. 92084
BURNS WHITE
48 26th Street
Pittsburgh, PA 15222
Phone: 412-995-3253

*Attorneys for Defendant Kirk Nesset*