IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE as next friend for "FIONA," a minor, "ERIN," "VICKY," <br> JANE ROE as next friend for "SKYLAR" and "SAVANNAH," minors, <br> JOHN DOE as next friend for "SALLY" and "SIERRA," minors, and "SARAH" <br><br> Plaintiffs, <br><br> v. <br><br> KIRK NESSET, <br><br> Defendant. | Civ. No. 1:16-cv-00303-DSC <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's orders of December 1, 2017 [Document 30] and July 10, 2017 [Document 26] for a Joint Status Report, the parties propose the following deadlines:

    Motions for Summary Judgment due on or before **August 1, 2018**

    Motions in limine / Daubert motions due on or before **October 1, 2018**

    Post-Dispositive Motions Joint Status Report by **November 1, 2018**

Concerning settlement possibilities, the parties have engaged the Honorable Kenneth J. Benson to conduct a mediation which is scheduled for Friday, April 27, 2018. The parties will report the outcome of that mediation to the Court on or before **May 11, 2018**.

    Respectfully submitted,

    MARSH LAW FIRM PLLC

    by  /s/Katie M. Shipp
    Katie M. Shipp
    Box 4668 #65135
    New York, New York 10163-4668
    Telephone | Fax: 212-372-3030
    Email: katieshipp@marsh.law
    *Attorney for Plaintiffs Jane Doe, Erin, and Fiona*

by  /s/James R. Marsh
James R. Marsh
Box 4668 #65135
New York, New York 10163-4668
Telephone | Fax: 212-372-3030
Email: jamesmarsh@marsh.law
*Attorney for Plaintiffs Jane Doe, Erin, and Fiona*

CAROL L. HEPBURN, P.S.

by  /s/Carol L. Hepburn
Carol L. Hepburn, WSBA No. 8732
200 First Avenue West, Suite 550
Seattle, WA 98119-4298
Phone: 206-957-7272
Fax: 206-957-7273
Email: carol@hepburnlaw.net
*Attorney for Plaintiffs Vicky, Jane Roe, Skylar, Savannah, John Doe, Sally, Sierra, and Sarah*


*/s/ Michael J. Bruzzese*
Michael J. Bruzzese
Pa. ID No. 63306
2315 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone: 412-281-8676

*/s/ Meagan F. Temple*
Meagan F. Temple
Pa. ID No. 92084
BURNS WHITE
48 26th Street
Pittsburgh, PA 15222
Phone: 412-995-3253

*Attorneys for Defendant Kirk Nesset*

2