UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE as next friend for "FIONA," a minor, "ERIN," "VICKY," JANE ROE as next friend for "SKYLAR" and "SAVANNAH," minors, JOHN DOE as next friend for "SALLY" and "SIERRA," minors, and "SARAH"<br><br>Plaintiffs,<br>v.<br>KIRK NESSET,<br>Defendant. | Civ. No. 1:16-cv-00303-BR<br><br>**JOINT STATUS UPDATE** |

The parties, by counsel, hereby file this Joint Status Update. In support thereof, the parties state as follows:

1. On April 27, 2018, the parties attended mediation and reached an oral settlement agreement.

2. The parties have been in communication regarding the written settlement agreement and the Plaintiffs have tendered their proposed settlement agreement to Defendant's counsel who is reviewing it.

3. The Defendant is incarcerated which makes communicating the terms and conditions of settlement challenging.

4. On May 29, 2018, the Court directed the parties to enter a joint stipulation of dismissal or inform the Court as to why they cannot do so.

5. The parties anticipate that they can complete and execute a settlement agreement within the next 30 days.

WHEREFORE, for the foregoing reasons, the parties respectfully request the Court grant them an additional 30 days to finalize settlement in this matter.

Respectfully submitted,

/s/Katie M. Shipp
**MARSH LAW FIRM PLLC**
Katie M. Shipp
Box 4668 #65135
New York, New York 10163-4668
Telephone | Fax: 212-372-3030
Email: katieshipp@marsh.law
*Attorney for Plaintiffs Jane Doe, Erin, and Fiona*

/s/Carol L. Hepburn
**CAROL L. HEPBURN, P.S.**
Carol L. Hepburn, WSBA No. 8732
200 First Avenue West, Suite 550
Seattle, Washington 98119-4298
Phone: 206-957-7272
Fax: 206-957-7273
Email: carol@hepburnlaw.net
*Attorney for Plaintiffs Vicky, Jane Roe,*
*Skylar, Savannah, John Doe, Sally, Sierra, and Sarah*

/s/ Michael J Bruzzese by CLH per email
**MJB Law Office**
Michael J. Bruzzese
2315 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
*Attorney for Defendant Kirk Nesset*