UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE as next friend for "FIONA," a minor, "ERIN," "VICKY," JANE ROE as next friend for "SKYLAR" and "SAVANNAH," minors, JOHN DOE as next friend for "SALLY" and "SIERRA," minors, and "SARAH"<br><br>Plaintiffs,<br><br>v.<br><br>KIRK NESSET,<br><br>Defendant. | Civ. No. 16-cv-00303-DSC |

## ORDER

UPON CONSIDERATION of the Motion to Reopen Case and for Permission to File Under Seal Minor Plaintiff Fiona's Settlement;

IT IS HEREBY ORDERED AND DECREED that this case is reopened and Plaintiff Fiona can file under seal her petition to approve minor plaintiff's settlement.

This 15th day of October 2018.

_____
Honorable Susan Paradise Baxter
United States District Judge