# EXHIBIT B

**Confidential Settlement Agreement and Mutual Releases**







4





9

By:_____
Katie M. Shipp, Esq.
Attorney-in-Fact

