UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE as next friend for "FIONA," a minor, "ERIN," "VICKY," JANE ROE as next friend for "SKYLAR" and "SAVANNAH," minors, JOHN DOE as next friend for "SALLY" and "SIERRA," minors, and "SARAH"<br><br>Plaintiffs,<br>v.<br><br>KIRK NESSET,<br>Defendant. | Civ. No. 16-cv-00303-DSC<br><br>**DECLARATION OF JANE DOE IN SUPPORT OF PETITION TO APPROVE MINOR PLAINTIFF FIONA'S SETTLEMENT AND ENTER AN ORDER OF DISMISSAL** |

I, "JANE DOE," declare under penalty of perjury that the following is true and correct:

1. I am the parent, guardian ad litem, and next friend of "Fiona," a minor plaintiff in this action. I am making this declaration in support of the Petition to Approve Minor Plaintiff Fiona's Settlement and Enter an Order of Dismissal which I have reviewed.

2. ▇▇▇▇▇▇▇▇ I have discussed with her the settlement negotiated on her behalf by our attorney and she approves of the settlement in this action.

3. I also approve of this settlement as Fiona's parent, guardian ad litem, and next friend in this action.

4. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

5. Fiona has been receiving civil settlements and criminal restitution payments for the past several years. The amount of the settlement in this case is similar to the amounts Fiona has been receiving in other cases. We both feel that this settlement serves Fiona's best

1

      interest and is reasonable given the large number of victims and the Defendant's limited financial resources.

6. We ask that the court approve this settlement to enable me, as Fiona's parent, guardian ad litem, and next friend, to enforce the agreement if necessary on Fiona's behalf.

7. ████████████████████████████████████████████████████

8. I hereby represent to the Court that any funds distributed to me on Fiona's behalf will be used solely for her care and support.

Executed on October 3, 2018

                        */s/ Jane Doe*
                        Jane Doe
                        *Fiona's Parent, Guardian ad litem, and Next Friend*