UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, as next friend for "FIONA", a minor, "ERIN", "VICKY", <br> JANE ROE as next friend for "SKYLAR" and "SAVANNAH", minors, <br> JOHN DOE as next friend for "SALLY" and "SIERRA", minors, and "SARAH", <br><br> Plaintiffs, <br><br> v. <br><br> KIRK NESSET, <br><br> Defendant. | CIVIL DIVISION <br><br> Case No. 1:16-cv-00303-SPB <br><br> Hon. Susan Paradise Baxter |

## DEFENDANT'S RESPONSE TO PETITION TO APPROVE MINOR PLAINTIFF FIONA'S SETTLEMENT

The defendant does not oppose the plaintiffs' petition to approve minor plaintiff Fiona's settlement [ECF 43] and joins in the request that: it be granted and the court enter an order thereafter dismissing the entire case with prejudice.

Respectfully submitted,

*/s/ Michael J. Bruzzese*
Michael J. Bruzzese
Pa. ID No. 63306
2315 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
(412) 281-8676

Counsel for the defendant

Dated:  October 24, 2018